# EXHIBIT B

## PRODUCTS  -

Showing 22 results

Default sorting ⌄



**2  INTEGRAL TUBE**

Model#
54299141
9W 4000K

VIEW NOW

**4  INTEGRAL TUBE**

Model#
54104411
18W 2900K

VIEW NOW

**REMOTE DRIVER
FOR 4  TUBES**

Model#
90201101
3x18W

VIEW NOW

**4  REMOTE TUBE
CLEAR**

Model#
54031242
18W 4000K

VIEW NOW

**4  REMOTE TUBE**

Model#
54031241
18W 4000K

VIEW NOW

**4  REMOTE TUBE
CLEAR**

Model#
54031232
18W 3500K

VIEW NOW

**4  REMOTE TUBE**

Model#
54031231
18W 3500K

VIEW NOW

**3  INTEGRAL TUBE**

Model#
54130141
14W 4000K

VIEW NOW



**3  INTEGRAL TUBE**
Model#
54130131
14W 3500K

VIEW NOW

**3  INTEGRAL TUBE**
Model#
54130111
14W 2900K

VIEW NOW

**2  INTEGRAL TUBE**
Model#
54105141
9W 4000K

VIEW NOW

**2  INTEGRAL TUBE**
Model#
54105131
9W 3500K

VIEW NOW

**2  INTEGRAL TUBE**
Model#
54105111
9W 2900K

VIEW NOW

**4  INTEGRAL TUBE**
Model#
54145062
DLC_QPL
18W 5000K

VIEW NOW

**4  INTEGRAL TUBE (20PK)**
Model#
54145061
DLC_QPL
18W 5000K

VIEW NOW

**4  INTEGRAL TUBE**
Model#
54108161
18W 5000K

VIEW NOW



4  INTEGRAL TUBE
Model#
54145041
DLC_QPL
18W 4000K

VIEW NOW

4  INTEGRAL TUBE
Model#
54108141
18W 4000K

VIEW NOW

4  INTEGRAL TUBE
Model#
54108131
18W 3500K

VIEW NOW

4  INTEGRAL TUBE
Model#
54108111
18W 2900K

VIEW NOW

4  INTEGRAL TUBE
1/2 LENS
Model#
54104441
18W 4000K

VIEW NOW

4  INTEGRAL TUBE
1/2 LENS
Model#
54104431
18W 3500K

VIEW NOW